**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACK GERRITSEN , et al.<br>PLAINTIFF(S)<br>v.<br>CITY OF LOS ANGELES , et al.<br>DEFENDANT(S). | CASE NUMBER:<br>2:25−cv−08760−RGK−KS<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| Date Filed | | Doc. No. | | Title of Document |
|---|---|---|---|---|
| 3/16/26 | / | 16 | / | Opposition to Motion for Preliminary Injunction |
| __ | / | __ | / | __ |

Other:
Memorandum lacks a word count certficiation in violation of L.R. 11−6.2. Counsel shall file a corrected motion within 1 day of the entry of this order.

Dated: March 17, 2026

By: */s/ R. Gary Klausner*
U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**