JACK GERRITSEN
6217 ½ Palm Av.
Bell, CA., 90201
TEL.: (323) 383-4371

HENRY FREDERICK RAMEY, JR.
7101 Rosecrans Av., #98
Paramount, CA., 90723
TEL.: (909) 678-9348

Plaintiffs in Pro Se.

FILED

CLERK, U.S. DISTRICT COURT

5/5/26

CENTRAL DISTRICT OF CALIFORNIA

BY _____CS_____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT,

## CENTRAL DISTRICT OF CALIFORNIA.

| | |
|---|---|
| JACK GERRITSEN, HENRY FREDERICK RAMEY, JR. <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a chartered city, DOMENIKA LYNCH, as General Manager, El Pueblo Park,  and, DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:25-CV-8760-RGK(KS) <br><br> JOINT STATUS REPORT AS REQUIRED PER CASE MANAGEMENT AND SCHEDULING ORDER IN CIVIL RIGHTS CASES. <br> Discovery Cut-Off: July 6, 2026. <br> Motion Cut-Off: Sept, 2, 2026. <br> Trial Date: None. |

Plaintiffs Jack Gerritsen and Henry Frederick Ramey, Jr. (collectively, "Plaintiffs"), and Defendants City of Los Angeles and Domenika Lynch (collectively, "Defendants," and together with Plaintiffs, the "Parties") hereby give their Status Report as follows:

1. **Summary of the Proceedings.** Plaintiffs raise in their Complaint that they were prevented from distributing leaflets and stickers in El Pueblo Park. Separately, Plaintiff Gerritsen also raised to separation of church and state issue as to the display of the Cross on the Sount end of Olvera St., and the display of the Nativity Scenes at the Kiosko in the Plaza area of El Pueblo Park. Defendant

JACK GERRITSEN
6217 ½ Palm Av.
Bell, CA., 90201
TEL.: (323) 383-4371

City of Los Angeles filed an Answer to the Complaint. Plaintiff Gerritsen filed a Motion for Preliminary Injunction to enjoin the display of the Cross and Nativity Scenes; however, even though the Hearing was set for April 6, 2026, the Hon. R. Gary Klausner, District Judge, has since took the matter under submission.

2. **Service of the Defendants.** All parties have been served.

3. **Possible additional Parties, and possible Amended Complaints.** Plaintiffs at this time do not contemplate any additional Defendants, and do not contemplate amending the Complaint at this time.

4. **Discovery.** Absent settlement and any ruling on the Motion for Preliminary Injunction, no discovery has been started by Plaintiffs yet. Plaintiffs intend to prepare discovery to be served on Defendants by 45 days before the Discovery Cut-Off date of July 6, 2026, by May 22, 2026. Defendants have not served any discovery on Plaintiffs yet. Defendants intend to prepare written discovery and/or depose Plaintiffs. Timing-wise, Defendants believe it will be contingent on the Court's decision on the pending motion seeking preliminary injunction, as such may result in the Parties narrowing/resolving certain issues.

5. **Substantive Motions.** Plaintiffs do not contemplate any at this time. If Plaintiffs do file, it would be a Motion for Summary Judgment to be filed by September 2, 2026, with a Hearing Date of October 7, 2026, at 10:00 a. m., before the current Magistrate Judge. Defendants contemplate filing a Motion for Summary Judgment.

6. **Jury Trial.** Plaintiffs already requested a Jury Trial with the filing of their Complaint. Estimated time for Jury Trial would be 5-7 days. Defendants estimate time for Jury Trial would be 2-3 days.

Joint Status Report-Gerritsen v. City of Los Angeles - 2

JACK GERRITSEN
6217 ½ Palm Av.
Bell, CA., 90201
TEL.: (323) 383-4371

**7. Settlement Negotiations.** Plaintiffs would like to settle as to the damages in this case. Plaintiff Gerritsen would also like to settle the issue as to the Cross and Nativity Scenes. Plaintiffs request that a Settlement Conference be before the current Magistrate Judge.  Defendants do not object to Plaintiffs' request.

Dated this 5th day of May, 2026

By: *Jack Gerritsen*
JACK GERRITSEN
6217 ½ Palm Av.
Bell, CA., 90201
TEL.: (323) 383-4371
Plaintiff in Pro Se.

Dated this 5th day of May, 2026

By: *Henry F. Ramey, Jr.*
HENRY FREDERICK RAMEY, JR.
7101 Rosecrans Av., #98
Paramount, CA., 90723
TEL.: (909) 678-9348
Plaintiff in Pro Se.

"Between the weak who have no reason to win and the strong who have no excuse to lose, the victory is sure to belong to the brave"-Mexican President Benito Juarez as to the Battle of Puebla, May 5, 1862.

Rest In Power, Rodney King, 1965-2012

George Floyd, 1973-2020

Carl Reiner, 1922-2020

Rob Reiner, 1947-2025

Michelle Singer Reiner, 1955-2025

Renee Good, 1988-2026

Alex Pretti, 1988-2026

Joint Status Report-Gerritsen v. City of Los Angeles - 3

JACK GERRITSEN
6217 ½ Palm Av.
Bell, CA., 90201
TEL.: (323) 383-4371

DATED:  May 5, 2026                    Respectfully submitted,

                                       HYDEE FELDSTEIN SOTO, City Attorney
                                       DENISE C. MILLS, Chief Deputy City Attorney
                                       KATHLEEN KENEALY, Chief Assistant City Attorney
                                       GABRIEL S. DERMER, Assistant City Attorney
                                       EMERSON H. KIM, Deputy City Attorney


                            By:  */s/ Emerson H. Kim*
                                 EMERSON H. KIM, Deputy City Attorney
                                 Attorney for Defendants

Joint Status Report-Gerritsen v. City of Los Angeles - 4

JACK GERRITSEN
6217 ½ Palm Av.
Bell, CA., 90201
TEL.: (323) 383-4371