Daniel L. Chen (CA SBN 312576)
Eric S. Baxter (DC Bar No. 479221)*
Andrea R. Butler (DC Bar No. 1671407)*
Richard C. Osborne (DC Bar No. 90024046)*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
dchen@becketfund.org
* *pro hac vice* application forthcoming

*Counsel for Proposed Intervenor-Defendant*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACK GERRITSEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>Defendants. | Case No.: 2:25-cv-08760-RGK-KS<br><br>**PROOF OF SERVICE** |

I, Sean Scully, declare and state as follows:

1. I am over the age of 18 years and not a party to this action. My business address is 1919 Pennsylvania Ave. NW, Suite 400 Washington, DC 20006.

2. On September 10, 2026, I served the foregoing documents described as follows on the interested parties in this action: (1) Motion to Intervene as Defendant-Intervenor or in the Alternative to Participate as Amicus on Behalf of Olvera Street Merchants Association Foundation; (2) Memorandum and Points of Authorities In Support of Motion to Intervene; (3) Declaration of Andrea R. Butler; (4) Declaration of Valerie Hanley; (5) Declaration of Sylvia Gribbell; (6) Declaration of Edward Flores; (7) Proposed Order on Motion to Intervene; (8) Intervenor's Answer; (9) Proposed Motion for Partial Summary Judgment; (10) Proposed Order on Motion for Partial Summary Judgment; (11) Notice of Interested Parties; (12) Application for Admission Pro Hac Vice and Proposed Order on behalf of Eric Baxter; (13) Application for Admission Pro Hac Vice and Proposed Order on behalf of Richard Osborne; (13) Application for Admission Pro Hac Vice and Proposed Order on behalf of Andrea Butler.

3. Counsel for Defendants are CM/ECF users, and I accordingly served Defendants by electronically filing these documents via CM/ECF, pursuant to LR 5-3.2.1.

4. I served Plaintiffs by mail at the following addresses:

Henry Frederick Ramey, Jr
7101 Rosecrans Avenue, Apt. 98
Paramount, CA 90723

Jack Gerritsen
6217 1-2 Palm Avenue
Bell, CA 90201

5. I am familiar with the Becket Fund for Religious Liberty's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence is deposited with the United States Postal Service within 24 hours of it being placed for collection and mailing. On September 10, 2026, I placed a true copy of the above documents in a sealed envelope and placed it for collection in the proper place in our office at Washington, D.C.

6. I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 10, 2026

Respectfully submitted,

Sean Scully

Sean Scully