**NOT FOR PUBLICATION**

FILED

SEP 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JACK GERRITSEN,

Plaintiff - Appellant,

HENRY FREDERICK RAMEY, Jr.,

Plaintiff,

v.

CITY OF LOS ANGELES, a chartered city; DOMENIKA LYNCH,

Defendants - Appellees,

DOES, 1 through 10, inclusive,

Defendants.

No. 26-3278

D.C. No. 2:25-cv-08760-RGK-KS

MEMORANDUM*

Appeal from the United States District Court
for the Central District of California
R. Gary Klausner, District Judge, Presiding

Submitted September 22, 2026**

Before: OWENS, COLLINS, and SUNG, Circuit Judges.

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Jack Gerritsen appeals pro se from the district court's order denying his motion for a preliminary injunction in his 42 U.S.C. § 1983 action alleging Establishment Clause claims arising from the City of Los Angeles's displays of a permanent Latin cross and a seasonal crèche. We have jurisdiction under 28 U.S.C. § 1292(a)(1). We review for an abuse of discretion. *Am. Trucking Ass'ns, Inc. v. City of Los Angeles*, 559 F.3d 1046, 1052 (9th Cir. 2009). We affirm.

The district court did not abuse its discretion in denying Gerritsen's motion for a preliminary injunction because Gerritsen failed to establish the requirements for such relief. *See id.* (explaining that a plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, he is likely to suffer irreparable harm in the absence of preliminary relief, the balance of equities tips in his favor, and an injunction is in the public interest).

In light of our disposition, Olvera Street Merchants Association Foundation's opposed motion (Docket Entry No. 17) to intervene or for leave to participate as amicus is denied as moot. Gerritsen's request to disqualify the district judge on remand, set forth in the opening brief, is denied.

**AFFIRMED.**