HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER Assistant City Attorney (SBN 229424)
EMERSON H. KIM, Deputy City Attorney (SBN 285142)
200 North Main Street, Room 675, City Hall East
Los Angeles, California 90012
Telephone No.: (213) 526-7336
Email: emerson.kim@lacity.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK GERRITSEN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendants. | No. 2:25-cv-08760-RGK-KS<br><br>**Hon. Karen L. Stevenson**<br>**United States Magistrate Judge**<br><br>Action filed: September 4, 2025<br><br>**PROOF OF SERVICE** |

***Gerritsen, et al. v. City of Los Angeles, et al.*,**
**Case No. USDC 2:25-cv-08760-RGK-KS**

I, **Ava Smith**, the undersigned, say: I am over the age of 18 years and not a party to the within action or proceeding. My business address is 200 North Main Street, City Hall East, 6th Floor, Los Angeles, California 90012.

On September 2, 2026, I served the foregoing documents described as:

1. **DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

on the interested parties in this action addressed as follows:

Henry Frederick Ramey, Jr
7101 Rosecrans Avenue, Apt. 98
Paramount, CA 90723

Jack Gerritsen
6217 1-2 Palm Avenue
Bell, CA 90201

**[X]** **BY MAIL**: I am readily familiar with the practice of the Los Angeles City Attorney's Office for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence is deposited with the United States Postal Service the same day it is placed for collection and mailing. On the date referenced above, I placed a true copy of the above documents(s) in a sealed envelope and placed it for collection in the proper place in our office at Los Angeles, California.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 26, 2026



Ava Smith