UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-CV-08760-RGK-KS Date: October 27, 2026

Title *Jack Gerritsen et al. v. City of Los Angeles et al.*

Present: The Honorable: Karen L. Stevenson, Chief United States Magistrate Judge

| A. Nelson for K. Hays | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On September 4, 2025, Plaintiffs, California residents proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C § 1983 – and on January 26, 2026, Plaintiffs filed a First Amended Complaint – against the City of Los Angeles, the general manager of El Pueblo Park (a public park allegedly operated by the City of Los Angeles), and ten unidentified Doe defendants arising out of an August 24, 2019 incident in which the manager of El Pueblo Park allegedly "attempted to take Plaintiff Gerritsen's handbills from his left hand while Plaintiff Gerritsen was handing out his handbills in the Park." (Dkt. No. 1; Dkt. No. 10 at 3.)

On September 2, 2026, Defendants filed a Motion for Summary Judgment ("Motion"). (Dkt. No. 28.) In a minute order dated September 3, 2026, the Court set a briefing schedule on the Motion. (Dkt. No. 29.) Pursuant to the briefing schedule, Plaintiffs' deadline to file and serve an opposition to the Motion was October 5, 2026. (*Id.* at 1.)

More than three weeks have now passed since Plaintiffs' deadline to file an opposition. Plaintiffs have not filed any response to the Motion, have not requested an extension of time to do so, and have had no contact with the Court since May 20, 2026. (*See* Dkt. No. 25.)

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Thus, the Court could properly recommend dismissal of this action for Plaintiffs' failure to comply with the Court's September 3, 2026 Order setting forth the briefing schedule on Defendants' Motion.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-08760-RGK-KS Date: October 27, 2026

Title *Jack Gerritsen et al. v. City of Los Angeles et al.*

However, in the interests of justice, Plaintiffs are **ORDERED TO SHOW CAUSE on or before November 27, 2026**, why the Court should not recommend that the action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiffs' response to this Order must include either: (1) a request for an extension of time to file an opposition accompanied by a sworn declaration that establishes good cause for both Plaintiffs' failure to timely respond to the Motion and their need for additional time; *or* (2) a complete Opposition that fully complies with the Local Rules and the Federal Rules of Civil Procedure.

Alternatively, Plaintiffs may discharge this Order and dismiss this case by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**Plaintiffs are expressly cautioned that their failure to respond to this Order may result in a recommendation of dismissal based on Rule 41 of the Federal Rules of Civil Procedure.**

N/A

**Initials of Preparer** an